IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TAMMY JEAN JONES-GIPSON                                                               PLAINTIFF

v.                                                                                         No. 3:07CV127-B-A

BARDEN GAMING, INC., ET AL.                                                       DEFENDANTS


FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motion [27] by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants, with all costs taxed to the plaintiff. In the alternative, the case is also **DISMISSED** under FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with an order of the court. This case is **CLOSED.**

SO ORDERED, this the  11th  day of March, 2009.


                                                              s/Neal Biggers
                                                              NEAL B. BIGGERS
                                                              SENIOR U. S. DISTRICT JUDGE